IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **DAVID WEATHERS, #1891927;** § § § **Plaintiff,** § § **v.** § § **LONNIE TOWNSENDIV, WARDEN; MICHAEL COLLUM, ASST WARDEN; LAMORRIS MARSHALL, ASST WARDEN; PAM PACE, PM UTMB; AND JACQUELINE HAMMOND, LVN;** § § § § § § § **Defendants.** | **CIVIL ACTION NO. 6:22-CV-00422-JDK** |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

On September 22, 2022, Plaintiff David Weathers filed the instant action purporting to bring claims pursuant to 42 U.S.C. § 1983 in the Northern District of Texas. (Doc. No. 1.) Plaintiff also filed a motion to proceed *in forma pauperis*, which the Northern District of Texas granted. (Doc. Nos. 4, 6.) On October 31, 2022, Plaintiff's case was transferred to this district. (Doc. No. 8.) Thereafter, the court undertook an initial review of the complaint pursuant to 28 U.S.C. § 1915(e)(2), and on November 1, 2022, issued an order directing Plaintiff to amend his complaint in this matter. (Doc. No. 9.) The court outlined the deficiencies in Plaintiff's complaint and mailed him a copy of the court's order along with a standard section 1983 form. *Id*. The court ordered Plaintiff to amend his complaint on the standard form stating specific facts to support his claims within 30 days of the court's order. *Id.* The court warned that "[f]ailure to replead in conformity with this Order may result in dismissal of the complaint." *Id.* More than 30 days have passed and Plaintiff has not complied with the court's order. On December 28, 2022, the court's order that

1

was sent to Plaintiff's listed mailing address was returned undeliverable. (Doc. No. 10.) "A pro se litigant must provide the court with a physical address (i.e., a post office box is not acceptable) and is responsible for keeping the clerk advised in writing of his or her current physical address." Local R. CV-11(d). Plaintiff has not informed the court of his new address.

Having not received an amended complaint by the court-ordered deadline, and Plaintiff's mail being returned undeliverable with no new addressed provided to the court, the court **RECOMMENDS** that this action be **DISMISSED** without prejudice for failure to comply with a court order and failure to prosecute.

Within fourteen (14) days after receipt of the Magistrate Judge's Report, any party may serve and file written objections to the findings and recommendations contained in the Report. A party's failure to file written objections to the findings, conclusions and recommendations contained in this Report within fourteen (14) days after being served with a copy shall bar that party from *de novo* review by the district judge of those findings, conclusions and recommendations and, except on grounds of plain error, from appellate review of unobjected-to factual findings and legal conclusions accepted and adopted by the district court. *Douglass v. United States Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996).

**So ORDERED and SIGNED this 17th day of January, 2023.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE